14830 JMC WH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BRYAN ARMSTRONG and DARICE ARMSTRONG, ) ) ) | | |
| Plaintiffs ) ) | | |
| v. ) ) | Case No. | 1:14-cv-00878 |
| JP MORGAN CHASE BANK N/A, ) CITY OF CHICAGO, and ) FIREFLY LEGAL, INC., ) ) | Honorable Ronald A. Guzman Magistrate Judge Michael T. Mason | |
| Defendants ) | | |

## DEFENDANT FIREFLY LEGAL, INC.'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendant, FIREFLY LEGAL, INC. ("Firefly"), by and through its attorneys, McVEY & PARSKY, LLC, moves pursuant to the Federal Rules of Civil Procedure 12 (b) (1) and 12 (b) (6) to dismiss Plaintiffs' Complaint and in support thereof states as follows:

1. Plaintiffs' allegations of a purported conspiracy between Firefly and co-defendant JP Morgan Chase Bank NA ("Chase") to violate Plaintiffs' civil rights under 42 U.S.C. §§ 1983, 1985, and 1986 stem from a recently-concluded mortgage foreclosure case brought by Chase in the Circuit Court of Cook County, case number 11 CH 008260 (the "Foreclosure Case").

2. The *Rooker-Feldman* doctrine bars Plaintiffs' federal cause of action as it is "inextricably intertwined" with the Foreclosure Case.

3. Plaintiffs' Complaint also fails to allege state action as required under 42 U.S.C. § 1983.

4. Plaintiffs' allegation that Firefly and Chase "conspired together to violate one or more of plaintiff's civil rights" is merely a conclusion, unsupported by any factual allegations and is so implausible that it fails to provide sufficient notice to Firefly of Plaintiffs' claims. Compl. ¶10.

5. Plaintiffs' Complaint fails to allege a conspiracy with requisite specificity under 42 U.S.C. §§ 1983, 1985, and 1986.

Accordingly, for these reasons as well as those set forth in Firefly's accompanying Memorandum of Law, Firefly respectfully requests that this Court grant its motion and dismiss Plaintiff's Complaint with prejudice.

Respectfully submitted,

FIREFLY LEGAL, INC.

By: /s/ John M. Coleman
John M. Coleman (00484199)
One of its attorneys

John M. Coleman
McVEY & PARSKY, LLC
30 North LaSalle St., Suite 2100
Chicago, IL 60602
Phone: 312-551-2130
Fax:    312-551-2131
jmc@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Pro-Se Plaintiffs
Bryan Armstrong
3216 W. Fulton St.
2nd Floor
Chicago, IL 60624
Tel: 312-388-9192

Darice Armstrong
1823 N. Oak Park Ave.
Chicago, IL 60707
Tel: 312-671-7250

Attorney for City of Chicago
Stephen R. Patton
Grant Ullrich
Corporation Counsel, Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle St., Suite 1230
Chicago, IL 60602
Tel: 312-744-7864

McVEY & PARSKY, LLC
Attorney for Firefly Legal, Inc.
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel: 312-551-2130
Fax: 312-551-2131

By: /s/ John M. Coleman
John M. Coleman (00484199)